Argued and submitted April 1, affirmed November 14, 1985

In the Matter of the Compensation of
Dwayne A. Kester, Claimant.
WEYERHAEUSER COMPANY,
*Petitioner,*

*v.*

DWAYNE A. KESTER,
*Respondent.*
(82-07338; CA A33371)
708 P2d 1207

Allan M. Muir, Portland, argued the cause for petitioner. With him on the brief were Lawrance L. Paulson and Schwabe, Williamson, Wyatt, Moore & Roberts, Portland.

Richard Lee, Eugene, argued the cause for respondent. With him on the brief was Velure & Bruce, Eugene.

Before Richardson, Presiding Judge, and Warden and Newman, Judges.

PER CURIAM

## PER CURIAM

Employer petitions for review of an order of the Workers' Compensation Board finding claimant permanently and totally disabled. The Board not only found claimant's aggravation claim compensable but also concluded that claimant was entitled to a new determination of the extent of his disability after the termination of his vocational rehabilitation program at Klamath Work Activity Center without proving an aggravation. ORS 656.268(5); *Hanna v. SAIF*, 65 Or App 649, 672 P2d 67 (1983). On *de novo* review we agree with the Board and with its determination that claimant is permanently and totally disabled as of May 12, 1981.

Affirmed.